FILED

09/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0572

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0572

_____

SCARLET VAN GARDEREN, a minor by and
through her  guardians, Jessica van Garderen and
Ewout van Garderen; JESSICA VAN  ARDEREN,
an individual; EWOUT VAN  GARDEREN, an
individual; PHOEBE CROSS, a minor by and
through his guardians Molly Cross and Paul Cross;
MOLLY CROSS, an individual; PAUL CROSS,
an individual; JANE DOE, an individual; JOHN
DOE, an individual; JUANITA HODAX, on behalf
of herself and her patients, KATHERINE
MISTRETTA, on behalf of herself and her
patients,

      Plaintiffs and Appellees,

    v.

STATE OF MONTANA; GREGORY
GIANFORTE, in his official capacity as Governor
of the State of Montana; AUSTIN KNUDSEN, in
his official capacity as Attorney General;
MONTANA BOARD OF MEDICAL
EXAMINERS; MONTANA BOARD OF
NURSING; MONTANA DEPARTMENT OF
PUBLIC HEALTH AND HUMAN SERVICES;
CHARLIE BRERETON, in his official capacity as
Director of the Montana Department of Public
Health and Human Services,

      Defendants and Appellants.

_____

O R D E R

Upon consideration of Appellees' Unopposed Motion for Voluntary Dismissal of
Appellees Scarlet van Garderen, Jessica van Garderen, and Ewout van Garderen, pursuant
to Mont. R. App. 16(4), and good cause appearing,

IT IS HEREBY ORDERED that Scarlet van Garderen, Jessica van Garderen and Ewout van Garderen be dismissed from the appeal in this matter. All future filings shall recaption the case to identify Plaintiffs and Appellees as follows:

> PHOEBE CROSS, a minor by and through his guardians Molly Cross and Paul Cross; MOLLY CROSS, an individual; PAUL CROSS, an individual; JANE DOE, an individual; JOHN DOE, an individual; JUANITA HODAX, on behalf of herself and her patients, KATHERINE MISTRETTA, on behalf of herself and her patients,

> Plaintiffs and Appellees,

The Clerk of this Court shall notify all counsel of the entry of this Order.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 6 2024